UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY ANTOINE LODGE                                CIVIL ACTION

VERSUS

LIBBY TIGNER, ET AL.                               NO.: 17-01099-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 3)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses *pro se* Plaintiff's Complaint (Doc. 1). *Pro se* Plaintiff, an inmate confined at the River Correctional Center, Ferriday, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983 against Warden Libby Tigner, Assistant Warden William Salvage, and Secretary James LeBlanc, complaining that Defendants have violated his constitutional rights by failing to timely and properly address several administrative grievances that he has submitted at that facility. (Doc. 3 at p. 2). Because Plaintiff is confined in the Western District of Louisiana and complains regarding events that have allegedly occurred in the Western District, the Magistrate Judge recommended that this matter be transferred to the Western District for further proceedings. (*Id.* at p. 3). The Magistrate Judge further recommended that a determination regarding Plaintiff's entitlement to proceed *In Forma Pauperis* (Doc. 2) be deferred to the transferee court for resolution and disposition. (Doc. 3 at p. 3).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 3 at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 3)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this matter be **TRANSFERRED** to the Western District of Louisiana for further proceedings.

Baton Rouge, Louisiana, this 26th day of February, 2018.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA